No. 72–404. DISPOSABLE SERVICES, INC. v. ITT LIFE INSURANCE COMPANY OF NEW YORK. C. A. 5th Cir. Certiorari denied.

No. 72–405. MERRICK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–409. LAURIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–411. MASONITE CORP. ET AL. v. HENDRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–423. HADCO PRODUCTS, INC. v. WALTER KIDDE & Co. C. A. 3d Cir. Certiorari denied.

No. 72–424. CITY OF CRYSTAL CITY v. DEL MONTE CORP., DBA DEL MONTE FOODS, INC. C. A. 5th Cir. Certiorari denied.

No. 72–427. SUN SHIPBUILDING & DRY DOCK Co. v. UNITED STATES ET AL. Ct. Cl. Certiorari denied.

No. 72–428. ALABAMA v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 72–429. BOLTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–430. DOSS v. LEWIS-GALE HOSPITAL, INC. Cir. Ct. Roanoke, Va. Certiorari denied.

No. 72–437. MADER ET AL. v. ARMEL ET AL. C. A. 6th Cir. Certiorari denied.